IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Julal, Nicole N

Printed: 5/20/08

Case Number: 08 B 02599
Judge: Hollis, Pamela S
Filed: 2/5/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 11 Conversion: March 24, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 960.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 960.00 |
| Totals: | 960.00 | 960.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Discover Financial Services | Unsecured | 79.73 | 0.00 |
| 2. | Davis Acquisitions Corporation | Unsecured | 521.55 | 0.00 |
| 3. | Access Group | Unsecured | 13,093.30 | 0.00 |
| 4. | Dell Financial Services, Inc | Unsecured | 68.97 | 0.00 |
| 5. | U.S. Department Of Education | Unsecured | 2,080.53 | 0.00 |
| 6. | U.S. Department Of Education | Unsecured | 11,872.97 | 0.00 |
| 7. | U Of M Credit Union | Unsecured | 75.56 | 0.00 |
| 8. | Bank Of America | Unsecured |  | No Claim Filed |
| 9. | American Express | Unsecured |  | No Claim Filed |
| 10. | Bank Of America | Unsecured |  | No Claim Filed |
| 11. | Capital One | Unsecured |  | No Claim Filed |
| 12. | First Bank of America | Unsecured |  | No Claim Filed |
| 13. | Algonquin State Bank | Unsecured |  | No Claim Filed |
| 14. | Alliance One | Unsecured |  | No Claim Filed |
| 15. | Portfolio Recovery Associates | Unsecured |  | No Claim Filed |
| 16. | Vicoria Secret | Unsecured |  | No Claim Filed |
| 17. | Providian Bank | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 27,792.61 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Julal, Nicole N | Case Number: 08 B 02599 |
| | Judge: Hollis, Pamela S |
| Printed: 5/20/08 | Filed: 2/5/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

